## RETURN OF SERVICE

### UNITED STATES DISTRICT COURT
### District of Louisiana

Case Number: 3:23-CV-452

Plaintiff:
**NORTH AMERICAN LAND DEVELOPMENT CORPORATION, LUV N' CARE, LTD., NOURI E. HAKIM, and JOSEPH HAKIM**

vs.

Defendant:
**JACK RALPH HAKIM**

For:
Breithaupt, DuBos, & Wolleson, LLC
1811 Tower Drive
Monroe, LA 71201

Received by On Demand Process Service, LLC on the 11th day of April, 2023 at 10:55 am to be served on **Jack Ralph Hakim, 20201 East Country Club Drive, Unit 1110, Aventura, FL 33180**.

I, Roxana Bithman 2216, do hereby affirm that on the **11th day of April, 2023** at **3:55 pm**, I:

**INDIVIDUALLY/PERSONALLY** served by delivering a true copy of the **SUMMONS AND PETITION FOR REACH OF CONTRACT** with the date and hour of service endorsed thereon by me, to: **Jack Ralph Hakim** at the address of: **20201 East Country Club Drive, Unit 1110, Aventura, FL 33180**, and informed said person of the contents therein, in compliance with state statutes.

**Description** of Person Served: Age: 65+, Sex: M, Race/Skin Color: White, Height: 5'9, Weight: 200, Hair: Grey, Glasses: **N**

I certify that I am over the age of 18, have no interest in the above action, and am a Certified Process Server, in good standing, in the judicial circuit in which the process was served. Under penalties of perjury, I declare that I have read the foregoing document and the facts stated in it are true. No Notary required pursuant of F.S.92.525(2)

*Roxana Bithman* (signature)
**Roxana Bithman 2216**
Process Server

**On Demand Process Service, LLC**
P. O. Box 440565
Miami, FL 33144
(305) 305-9872

Our Job Serial Number: ODE-2023000287