UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
MONROE DIVISION

| | |
|---|---|
| NORTH AMERICAN LAND DEVELOPMENT CORPORATION, LUV N' CARE, LTD., NOURI E. HAKIM, and JOSEPH H. HAKIM,<br><br>*Plaintiffs,*<br><br>v.<br><br>JACK RALPH HAKIM,<br><br>*Defendant.* | Case No.: 3:23-cv-00452<br><br>Judge Terry A. Doughty<br><br>Magistrate Judge Kayla D. McClusky |

## DEFAULT JUDGMENT

The defendant, Jack R. Hakim, having failed to plead or otherwise defend in this action, and upon application of Plaintiffs and upon declaration that defendant is indebted to plaintiffs in the principal sum of $1,766,398.59, plus interest thereon together with reasonable attorneys' fees, costs and expenses; that defendant had been defaulted for failure to appear pursuant to Rule 55 of the Federal Rules of Civil Procedure; and that the claim is for a sum certain; it is hereby ORDERED, ADJUDGED, and DECREED that plaintiffs, recover of the defendant, Jack R. Hakim, the sum of $1,766,398.59, plus costs, including fees, court costs and expenses, and interest according to law from the date of this judgment until the entire amount is paid. This judgment is entered by the Clerk at the request of the plaintiffs and upon declaration that said amount is due, in accordance with Rule 55(b)(1) of the Federal Rules of Civil Procedure.

Shreveport, La., May 19, 2023.    TONY R. MOORE, CLERK

BY *[signature]*
PAMELA P. MITCHELL
STAFF ATTORNEY