UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
MONROE DIVISION

| | |
|---|---|
| NORTH AMERICAN LAND DEVELOPMENT CORP ET AL | CASE NO. 3:23-CV-00452 |
| VERSUS | JUDGE TERRY A. DOUGHTY |
| JACK RALPH HAKIM ET AL | MAG. JUDGE KAYLA D. MCCLUSKY |

**JUDGMENT**

The Report and Recommendation [Doc. No. 40] of the Magistrate Judge having been considered, together with the written objections [Doc. No. 41] thereto filed with this Court, and, after a *de novo* review of the record, finding that the Magistrate Judge's Report and Recommendation is correct,

**IT IS ORDERED, ADJUDGED, AND DECREED** that the motion to dismiss for lack of personal jurisdiction [Doc. No. 28] filed by Defendant, Grace Hakim, is **GRANTED**, and that Plaintiffs' claim(s) against said Defendant only is hereby **DISMISSED WITHOUT PREJUDICE**.  FED. R. CIV. P. 12(b)(2).

**IT IS FURTHER ORDERED** that Plaintiffs' alternative request to transfer their claim(s) against Defendant, Grace Hakim, to the United States District Court for the Southern District of Florida is **DENIED**.

MONROE, LOUISIANA, this 26th day of April 2024.

Terry A. Doughty
United States District Judge